IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVID LANG-CORREA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>WILMA DIAZ-CARLO, <u>et al.</u>,<br><br>**Defendants**. | **CIVIL NO.** 09-1247 (FAB) |

**DEFAULT JUDGMENT**

In accordance with the Opinion and Order filed on December 7, 2009 (Docket No. 22), judgment is entered in favor of plaintiff Lang-Correa and against defendants as follows:

1. It is **ORDERED** that plaintiff Lang-Correa is awarded statutory damages in the amount of $100,000; and

2. it is further **ORDERED** that defendants, any of their officers, agents, servants, employees, assigns or attorneys, and any other person in active concert or participation with defendants

   a. are prohibited from directly or indirectly infringing plaintiff Lang-Correa's registered copyright of the literary work, *Memorias del Paso Fino: El Caballo de Puerto Rico*, such as continuing to market, offer, sell, license, lease, manufacture, or dispose of that literary work;

   b. must deliver to plaintiff Lang-Correa all copies of *Memorias del Paso Fino: El Caballo de Puerto Rico* in their possession; and

Civil No. 09-1247 (FAB)                                                        2

   c. must deliver to plaintiff Lang-Correa the original manuscript of *Memorias del Paso Fino:  El Caballo de Puerto Rico* and all original photographs used in the production of that work.

 This case is now closed for statistical purposes.

 **IT IS SO ORDERED**.

 San Juan, Puerto Rico, January 5, 2010.

            s/ Francisco A. Besosa
            FRANCISCO A. BESOSA
            UNITED STATES DISTRICT JUDGE